**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2761*
*fax: (973) 297-2010*

October 22, 2026

**Via ECF**
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Motco v. Soto,* No. 26-13549 (BRM)**
**Letter Regarding Criminal History and Detention Authority**

Dear Judge Martinotti:

This Office represents Respondents in this habeas action. We respectfully write in response to the Court's Order (ECF No. 2), directing Respondents to identify whether Petitioner has a criminal history, whether he is subject to a final order of removal, and the statutory detention authority under which Petitioner continues to be detained within four days. ECF No. 2.

Petitioner has a criminal history, *see generally* Ex. A (RAP Sheet), including:

- On September 27, 2026, Petitioner was arrested for Contempt-Violate DV Order (N.J.S.A. 2C:29-9B(1) and Cyber Harassment-Lewd Material (N.J.S.A. 2C:33-4.1A(2). Disposition: Pending.

United States Immigration and Customs Enforcement ("ICE") reports that Petitioner is currently detained under 8 U.S.C. § 1226(a). He is scheduled for a custody redetermination hearing before an immigration judge on October 30, 2026.[1] Ex. B (Notice of Hearing). Should the Court determine that "an expedited scheduling order or other proceedings are necessary," ECF No. 2, we respectfully request leave for Respondents to file a supplemental submission within fourteen days.

[1] ICE reports that Petitioner was initially scheduled for a bond hearing on October 21, 2026. ICE further reports that at the hearing, Petitioner requested that the hearing be rescheduled and the immigration judge rescheduled the hearing to October 30. Ex. B.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)

SO ORDERED.

Brian R. Martinotti
BRIAN R. MARTINOTTI, USDJ
DATED: OCT. 23, 2026