**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alicia.Gonzalez@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2761*
*fax: (973) 297-2010*

November 10, 2026

<u>Via ECF</u>
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Motco v. Soto,* No. 26-13549 (BRM)**
**Request for *Nunc Pro Tunc* Extension**

Dear Judge Martinotti:

We thank the Court for its attention to this matter. Respondents were timely notified of the Court's October 23, 2026 Text Order, ECF No. 6, but due to an administrative error concerning the calendaring of this action, Respondents inadvertently missed the answer deadline. We sincerely apologize to the Court for the oversight and to Petitioner and counsel for the mistake. Respondents and this Office view the Court's order with the utmost seriousness, and this Office has endeavored and continues to endeavor to ensure that we do not miss deadlines like this. We again apologize for the error that resulted in this late submission and respectfully request an extension of time to respond to Your Honor's Order, until Friday, November 13, 2026 *nunc pro tunc.* Petitioner's counsel takes no position on Respondents request for an extension.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 12, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Alicia Gonzalez*
ALICIA GONZALEZ
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of Record (via ECF)